1  TRINETTE G. KENT (State Bar No. 222020)
2  3219 E Camelback Rd. #588
   Phoenix, AZ 85018
3  Telephone: (480) 247-9644
4  Facsimile: (480) 717-4781
   E-mail: tkent@lemberglaw.com
5

6  Of Counsel to
   Lemberg Law, LLC
7  43 Danbury Road
8  Wilton, CT 06897
   Telephone: (203) 653-2250
9  Facsimile: (203) 653-3424
10
   Attorneys for Plaintiff,
11 Steven R. Oliver

12
13                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
14                         SACRAMENTO DIVISION
15

16
17 | Steven R. Oliver,              | Case No.: 2:16-CV-02413-TLN-CKD |
18 |         Plaintiff,             | **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT** |
19 |    vs.                         |  |
20 | Rash Curtis & Associates,      |  |
21 |         Defendant.             |  |

- 1 -                                                          ORDER

The Court, having read and considered the Parties' Stipulation to Continue Hearing on Motion for Summary Judgment, and for good cause shown, **IT IS HEREBY ORDERED GRANTING** the Stipulation.

The hearing on Defendant's Motion for Summary Judgment is continued to May 31, 2018, at 2:00 p.m. Plaintiff's Opposition shall be filed on or before May 17, 2018. Defendant's Reply shall be filed on or before May 24, 2018.

**IT IS SO ORDERED.**

Dated: April 9, 2018

Troy L. Nunley
United States District Judge