TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Steven Oliver

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Oliver,<br><br>            Plaintiff,<br><br>  vs.<br><br>Rash Curtis & Associates,<br><br>            Defendant. | Case No.: 2:16-CV-02413-TLN-CKD<br><br>**PLAINTIFF'S RESPONSE TO DEFANDANT'S STATEMENT OF MATERIAL FACTS** |

Plaintiff, Steven Oliver ("Plaintiff"), respectfully submits this Response to Defendant's Statement of Undisputed Facts.

| Defendant's Undisputed Material Facts | Plaintiff's Response |
|---|---|
| **Fact 1.** Plaintiff Steven Oliver filed his Complaint entitled Steven R. Oliver v. Rash Curtis &Associates on October 10, 2016, alleging both negligent and knowing/willful violations of the TCPA, violations of the FDCPA, and violations of the Rosenthal Act.<br><br>**Evidence**<br>Exhibit 1, Plaintiffs Complaint, ¶¶ 22-23, 29-34, 31-32, 37-38 | Undisputed. |
| **Fact 2.** Plaintiff Steven Oliver's Complaint does not allege with specificity which section of the FDCPA Rash Curtis allegedly violated.<br><br>**Evidence**<br>Exhibit 1, Plaintiff's Complaint, *passim* and Count II, ¶¶ 29-34. | Disputed.<br><br>Count II of Plaintiff's Complaint alleges violations of the FDCPA. "Violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*" Paragraph 31 contains separate factual and legal contentions: "Defendant caused Plaintiff's telephone to ring repeatedly or continuously to annoy Plaintiff, in violation of Cal. Civ. Code. § 1788.11(d)." The allegations that "Defendant caused Plaintiff's telephone to ring repeatedly or continuously to annoy Plaintiff" is a factual contention which, where true, violates 15 U.S.C. § 1692d(5).<br><br>That it also violates Cal. Civ. Code. § 1788.11(d) as set forth in paragraph 31, does not alter the fact that Defendant was provided fair notice of what was being claimed was in violation of the FDCPA.  Moreover, "[c]laims under Section 1788.11(d) of the Rosenthal Act require the same proof of intent and are evaluated for specificity in the same way as claims under subsection 1692d(5) of the FDCPA." *Crockett v. Rash Curtis & Assocs.*, 929 F. Supp. 2d 1030, 1033 (N.D. Cal. 2013). |

| | | |
|---|---|---|
| | | **Evidence**<br>Complaint ¶¶ 28-34. |
| | **Fact 3.** Defendant Rash Curtis filed its answer to Mr. Oliver's complaint on November 29, 2016, in which it asserted several affirmative defenses, including the first affirmative defense that Mr. Oliver's complaint fails to state facts sufficient to constitute a cause of action, the second affirmative defense that Rash Curtis acted reasonably and in good faith, the third affirmative defense that Rash Curtis has no liability under the TCPA because Rash Curtis had the "prior express consent" of Mr. Oliver, and the fourth affirmative defense that Rash Curtis did not use an "AIDS" as defined by the TCPA.<br><br>**Evidence**<br>Exhibit 2, Defendant's Answer, pp. 4-5. | Undisputed. |
| | **Fact 4.** The calls placed to 0888 in connection with Karen Klein's debts were placed with a dialer called "Global Connect," which has no ability to generate random or sequential numbers, and only loads numbers off a specific list of debtors. Here, Rash Curtis created a call list in Global Connected, which is how Global Connect was able to dial the 0888 number. The 0888 number was not generated randomly or sequentially, as Global Connect does not have the ability to generate random or sequential numbers, but only those provided by the user in a list, which is what happened here.<br><br>**Evidence**<br>**Declaration of Robert Keith ¶ 20.** | Plaintiff objects to the extent that paragraph 20 of Robert Keith's declaration – the only evidence cited – fails to support the factual basis for his conclusory statement that "Global Connect has no ability to create random or sequential numbers."<br><br>Subject to the objections, undisputed that Rash Curtis called the 0888 Number in connection with Karen Klein's debts via the Global Connect dialer, which dialed numbers from a list which Rash Curtis loads into the dialer.<br><br>**Evidence**<br><br>Keith Decl. ¶ 20 |
| | **Fact 5.** The calls placed by Rash Curtis to the 0888 number from March 15, 2016 until April 29, 2016 were related to a debt owed by Karen Klein, grandmother of | Undisputed. |

3

| | |
|---|---|
| Plaintiff Steven Oliver, which Ms. Klein incurred at Marshall Medical on August 12, 2015. Rash Curtis concurrently placed calls to a different number, which Karen Klein had also provided to Marshall Medical on her August 12, 2015 registration form, but did not establish contact with Ms. Klein or Mr. Oliver as a result of calling either phone number.<br><br>**Evidence**<br>Declaration of Robert Keith ¶¶ 12-13; Exhibit 1, Plaintiffs Complaint, ¶¶ 9-10, 14; Exhibit 6, Rash Curtis' Debtor Account History for Karen Klein for account number 2615238, RCA 00011-00013. | |
| **Fact 6.** Plaintiff Steven Oliver had no actual conversations with anyone from Rash Curtis. Plaintiff Steven Oliver did not tell Rash Curtis to stop calling him during any of the calls placed to the 0888 number, nor did he do anything else to notify Rash Curtis not to call the 0888 number. If Rash Curtis had been notified that Ms. Klein was not reachable at the 0888 number, or that Mr. Oliver did not want to be called at the 0888 number, that request would have been contemporaneously recorded in Rash Curtis' collection notes, and Rash Curtis would have stopped calling the 0888. However, no such notification or request was made.<br><br>**Evidence**<br>Declaration of Robert Keith ¶¶ ( 5, 12-13, 15, 19; Exhibit 1, Plaintiff's Complaint, ¶ 17; Exhibit 6, Rash Curtis' Debtor Account History for Karen Klein for account number 2615238, RCA 00011-00013. | Undisputed that Plaintiff never spoke with anyone from Rash Curtis.<br><br>Disputed that Rash Curtis would have contemporaneously recorded a do-not-call request in Rash Curtis' collection notes, and Rash Curtis would have stopped calling the 0888.  In another lawsuit against Rash Curtis, one of the named plaintiffs advised Rash Curtis that she "asked [Rash Curtis] nicely to stop calling," Rash Curtis's "representative replied that she didn't 'see where we've got down not to call you'" and the plaintiff "responded that she had 'been saying that for a long time'." *McMillion v. Rash Curtis & Assocs.*, No. 16-CV-03396-YGR, 2018 WL 692105, at *7 (N.D. Cal. Feb. 2, 2018). |
| **Fact 7.** Plaintiff Steven Oliver's phone number ending in 0888 was provided to Rash Curtis' client-creditor and medical service provider, Marshall Medical, on at least two separate occasions. It was first | Undisputed. |

4

| | |
|---|---|
| provided in connection with the medical treatment of Plaintiff Steven Oliver on March 13, 2013, where Steven Oliver provided it as his own number. It was again provided in connection with the medical treatment of Karen Klein on August 12, 2015, as the number of Ms. Klein's nearest relative, Steven Oliver. The August 12, 2015 medical treatment was the transaction which resulted in the debt owed to Marshall Medical, which Rash Curtis was attempting to collect.<br><br>**Evidence**<br>Declaration of Robert Keith ¶¶ 7-8, 10-11; Exhibit 3, Steven Oliver's Marshall Medical Emergency/Outpatient Registration Form, RCA 00014; Exhibit 4, Karen K1ein's Marshall Medical Emergency/outpatient Registration Form, RCA 00015; Exhibit 5, Rash Curtis Account No. 2615238 Referral from Marshall Medical of Karen Klein's August 12, 2015 Treatment. | |
| **Fact 8.** Rash Curtis did not call the 0888 with the intent to annoy, harass, oppress, abuse, or in any other way harm Plaintiff Steven Oliver or Karen Klein. It is the invariable policy of Rash Curtis to not place calls with the intent to annoy, harass, or cause any injury to debtors or their family members under any circumstance. That policy was followed here, where Rash Curtis did not ca11 0888 with any such intent at any time. Rash Curtis' calls to 0888 were with the intent to establish contact with Karen Klein, and not intended to annoy or harass Mr. Oliver.<br><br>**Evidence**<br>Declaration of Robert Keith ¶ 6. | Plaintiff objects to this as it is not a factual statement; Rash Curtis's position that it did not intend to annoy, harass, oppress abuse or otherwise harm Plaintiff is a legal argument, not a fact.<br><br>Subject to the objection, disputed. Rash Curtis's intent to annoy and harass Plaintiff can be inferred from the fact that it knowingly called the 0888 Number thirty-five (35) times over six (6) weeks despite knowing that number was associated with Plaintiff, not the debtor it sought to collect a debt from.<br><br>**Evidence**<br><br>Keith Decl. ¶ 13; Collection Notes. |
| **Fact 9.** Rash Curtis placed a total 35 calls to the 0888 number between March 15, 2016 and April 29, 2016, less than one call | Undisputed that Rash Curtis placed a total of 35 calls to the 0888 number between March 15, 2016 and April 29, 2016. |

5

| | |
|---|---|
| per day. Of those 35 calls, one did not go through because the line was busy. Rash Curtis left only one message on at the 0888 number, which was a "live" message by a collector, and not prerecorded. On only two occasions did Rash Curtis call twice in the same day: on March 18, 2016, and on March 29, 2016. The second call placed on March 18, 2016 is the one occasion where Rash Curtis left a message, which was a "live" message by a collector and not prerecorded. The second call placed on March 29, 2016 is the one occasion where Rash Curtis' call did not go through because the line was busy. With the exception of those two occasions, Rash Curtis did not place more than one call per day to the 0888 number during the relevant time period, and all calls were placed between 8:00 a.m. and 9:00 p.m.<br><br>**Evidence**<br>Declaration of Robert Keith ¶¶ 12-14; Exhibit 6, Rash Curtis' Debtor Account History for Karen Klein for account number 2615238, 03/18/16 entry, 03/29/16 entry, RCA 00011-00013. | Disputed that Rash Curtis left only one message at the 0888 number. Aside from the calls Defendant references, the Collection Notes contain twelve (12) other instances in which the Global Connect dialer called the 0888 Number and indicated "PHONE ANSWERD NO LINKBACK." Rash Curtis admits that "Plaintiff might hear a prerecorded and/or artificial voice upon answering the call, or [a] prerecorded and/or artificial voice might have been left on Plaintiff's voicemail and/or answering machine where the collection notes indicate 'PHONE ANSWERD NO LINKBACK' or 'LMOM'."<br><br>**Evidence**<br>Collection Notes; Kent Decl.; Kent Decl., Exhibit A (Def. Response to Interrogatory No. 8). |
| **Fact 10.** On May 5, 2005, a woman who identified herself as Mr. Oliver's grandmother answered a call placed to Mr. Oliver by Rash Curtis and held herself out as his guardian. At the time, Steven Oliver was 20 years old. The woman who answered the call placed to Mr. Oliver by Rash Curtis on May 5, 2005, and claimed to be Mr. Oliver's grandmother and guardian, was Karen Klein.<br><br>**Evidence**<br>Declaration of Robert Keith ¶¶ 16, 18; Exhibit 7, Rash Curtis' Collection Notes/Business Record as to its collection efforts for Steven Oliver, 05/05/05 entry, RCA 00001. | Plaintiff objects as the evidence cited does not support the statement. Specifically, Robert Keith does not claim to have any first-hand knowledge of the conversation described, which purportedly took place thirteen (13) years ago, and merely bases his declaration on Rash Curtis's collection notes. Those collection notes, in turn, include a May 5, 2005 entry stating, in full, "TALKED TO X'S GRANDMOTHER & GUARDIAN – WILL PIF NXT WEEK."<br><br>**Evidence**<br>Keith Declaration ¶¶ 16, 18; Def. Exhibit 7. |
| **Fact 11.** Nothing on Marshall Medical's | Undisputed that nothing on the Marshall Medical |

| | |
|---|---|
| registration form restricts the use of contact information provided to Marshall Medical from being used for billing purposes by Marshall Medical or its agent.<br><br>**Evidence**<br>Exhibit 4, Karen Klein's Marshall Medical Emergency /Outpatient Registration Form, RCA 00015. | registration form explicitly "restricts the use of contact information provided to Marshall Medical from being used for billing purposes by Marshall Medical or its agent."<br><br>However, nothing on the form *permits* third parties such as Rash Curtis to contact the patient's listed "nearest relative" and/or the person to "notify in case of an emergency," for debt collection purposes.<br><br>**Evidence**<br>Def. Exhibit 4. |
| **Fact 12.** Ms. Klein's medical bill from her August 12, 2015 visit to Marshall Medical was never paid, and was referred to Rash Curtis for collection on March 14, 2016. It was still owed at the time this action was commenced.<br><br>**Evidence**<br>Keith Decl. ¶¶ 10-11; Exhibit 5, Rash Curtis Account No. 2615238 Referral from Marshall Medical of Karen Klein's August 12, 2015 Treatment | Undisputed. |
| **Fact 13.** Rash Curtis has been referred multiple accounts by Marshall Medical in relation to unpaid accounts of Ms. Klein's in the past, many of which were still due at the time this action was commenced, including the bill from her August 12, 2015 treatment.<br><br>**Evidence**<br>Keith Decl. ¶ 10; Exhibit 5, Rash Curtis Account No. 2615238 Referral from Marshall Medical of Karen Klein's August 12, 2015 Treatment. | Undisputed. |
| **Fact 14.** Marshall Medical has also referred multiple accounts owed by Mr. Oliver to Rash Curtis for collection, which were also still due at the time this action was commenced. | Disputed to the extent it suggests the purpose of any of Rash Curtis's calls to Plaintiff were an attempt to collect a debt from Plaintiff, as opposed to a debt owed by a third-party. As Robert Keith declared, all thirty-five calls were |

7

| | |
|---|---|
| **Evidence**<br>Keith Decl. ¶¶ 16-17; Exhibit 7, Rash Curtis' Collection Notes/Business Record as to its collection efforts for Steven Oliver, RCA00002-0004. | "in connection to Karen Klein."<br><br>Otherwise undisputed.<br><br>**Evidence**<br>Keith Declaration ¶ 13. |
| **Fact 15.** On March 13, 2013, Mr. Oliver was admitted to Marshall Medical for treatment, where his registration form provided the name and contact information of his grandmother and nearest relative, Karen Klein, as well as the 0888 number.<br><br>**Evidence**<br>Keith Decl. 16-17; Exhibit 3 Steven Oliver's Marshall Medical Emergency/Outpatient Registration Form, RCA 00014; Exhibit 7, Rash Curtis' Collection Notes/Business Record as to its collection efforts for Steven Oliver, RCA 00004. | Undisputed. |
| **Fact 16.** Ms. Klein and Mr. Oliver had both each provided one another's names and phone numbers to Marshall Medical as each other's mutual nearest relative and contact, which then transmitted that information to Rash Curtis.<br><br>**Evidence**<br>Keith Decl. ¶¶ 7-8; Exhibit 3, Steven Oliver's Marshall Medical Emergency/Outpatient Registration Form, RCA 00014; Exhibit 4, Karen Klein's Marshall Medical Emergency/Outpatient Registration Form, RCA 00015. | Undisputed. |
| **Fact 17.** Mr. Oliver has had multiple accounts referred to Rash Curtis for collection spanning many years. In addition to the three accounts or Mr. Oliver which are currently due, Rash Curtis first attempted to collect a debt from Mr. Oliver in 2005.<br><br>**Evidence** | Disputed to the extent it suggests the purpose of any of Rash Curtis's calls to Plaintiff were an attempt to collect a debt from Plaintiff, as opposed to a debt owed by a third-party. As Robert Keith declared, all thirty-five calls were "in connection to Karen Klein."<br><br>Otherwise undisputed. |

8

| | |
|---|---|
| Keith Decl. ¶¶ 17; Exhibit 7, Rash Curtis' Collection Notes/Business Record as to its collection efforts for Steven Oliver, RCA 00001. | **Evidence**<br>Keith Declaration ¶ 13. |
| **Fact 18.** Mr. Oliver indicated on his March 13, 2013 registration form for Marshall Medical that he was born on March 27, 1985. At the time that Rash Curtis called Mr. Oliver on May 5, 2005, Mr. Oliver was twenty years old.<br><br>**Evidence**<br>Keith Decl. ¶¶ 7; Exhibit 3, Steven Oliver's Marshall Medical Emergency/Outpatient Registration Form, birthdate field, RCA 00014. | Undisputed. |
| **Fact 19.** Mr. Oliver indicated on his March 13, 2013 registration form for Marshall Medical that he lived at the same address as Karen Klein.<br><br>**Evidence**<br><br>Keith Decl. ¶ 7; Exhibit 3, Steven Oliver's Marshall Medical Emergency/Outpatient Registration Form, RCA 00014. | Undisputed that the March 13, 2013 registration form, which is unrelated to the debt Rash Curtis sought to collect from Ms. Klein, listed the same address for himself and Karen Klein as of March 13, 2013.<br><br>However, the same form listed different telephone numbers for Plaintiff and Ms. Klein.<br><br>**Evidence**<br><br>Def. <u>Exhibit 3</u>. |

DATED:  May 17, 2018                                    TRINETTE G. KENT

                                                                        By:   /s/ Trinette G. Kent