TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiffs,
Steven Oliver

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Oliver,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Rash Curtis & Associates,<br><br>                    Defendant. | Case No.: 2:16-CV-02413-TLN-CKD<br><br>**STIPULATION OF DISMISSAL** |

# **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Plaintiff | Defendant |
|---|---|
| /s/ Trinette G. Kent | /s/ Amanda N. Griffith |
| TRINETTE G. KENT<br>Attorney for Plaintiff | AMANDA N. GRIFFITH<br>Attorney for Defendant |